Andrew T Curtis, Bar No. 13681
Lincoln Law Center, LLC
921 West Center Street
Orem, UT 84057
Phone: (801) 386-8550
Facsimile: (800) 584-6826
help@lincolnlaw.com
Attorney for
Patricia Rosalie Page

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

In Re:                             ) Case No:
                                   )
PATRICIA ROSALIE PAGE              ) Chapter 13
                                   )
                                   )
                                   ) **DECLARATION RE TAX RETURNS**
           Debtor.                 )
                                   )

1. I, the undersigned Debtor, declare under penalty of perjury that either:

    a. [ X ] All federal and state tax returns for taxable periods ending during the four year period before the filing of the petition have been filed.

OR

    b. [  ] The following tax returns for taxable periods ending during the four year period before the filing of the petition have not been filed.

2. I acknowledge that the court will not confirm any Chapter 13 Plan and the case may be dismissed at or before the confirmation hearing unless all tax returns have been filed.

3. I further acknowledge that I will file and serve on the trustee an amended declaration if further required tax returns are filed with the taxing authorities after the date indicated in paragraph 1 above.

Dated: January 9, 2025  /s/ Andrew T Curtis
Attorney & Counselor at Law

/s/ Patricia Rosalie Page
Debtor