Form 751[Order for Payment of Installments]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

| In re: | |
|---|---|
| Patricia Rosalie Page<br>Debtor(s). | Case No. 25−20119 PH<br>Chapter 13 |

## ORDER GRANTING APPLICATION TO PAY FILING FEE IN INSTALLMENTS

The Court, having received the Debtor(s) Application To Pay Filing Fee In Installments according to Federal Rule of Bankruptcy Procedure 1006,

**HEREBY ORDERS** that the Debtor(s) pay the $313.00 filing fee as follows:

| | | | |
|---|---|---|---|
| Paid to date: | $ | | |
| First installment: | $100.00 | Due on or before | 1/23/25 |
| Second installment: | $71.00 | Due on or before | 2/6/25 |
| Third installment: | $71.00 | Due on or before | 2/20/25 |
| Final installment | $71.00 | Due on or before | 3/14/25 |

**PLEASE NOTE: The Due Dates and/or Amounts Due Approved in this Order are DIFFERENT from the Dates and/or Amounts Requested in the Application.**

Payment must be received and posted by the Court on or before the due date of each installment payment. Payments may be made electronically by the attorney, in person, by phone, or by mail to the U.S. Bankruptcy Court at the following address:

U.S. Bankruptcy Court − District of Utah
350 South Main Street, Rm 301
Salt Lake City, UT 84101
Tel. (801) 524−6687, Option 1

Acceptable forms of payment are cash, credit card, money order, or check made payable to **U.S. Bankruptcy Court**. The Court will not accept as payment the personal check of the debtor(s) filing the bankruptcy petition.

**THE COURT FURTHER ORDERS** that, in accordance with Federal Rule of Bankruptcy Procedure 1017(b)(1), 11 U.S.C. § 102, 28 U.S.C. § 1930 that unless ordered otherwise by the Court:

- Failure to timely pay an installment will result in dismissal without further notice or hearing.
- Until the filing fee is paid in full, the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.
- If the case is dismissed, all unpaid balances remain owing and must be paid within 14 days of dismissal.
- If the debtor(s) fail to pay any installments due under this Order, debtor(s) will be ineligible for an Order for Payment of Filing Fees in Installments in any future bankruptcy case.

Dated and Entered on: January 10, 2025

*Peggy Hunt*

United States Bankruptcy Judge   (9 − 3)

United States Bankruptcy Court
District of Utah

| | |
|---|---|
| In re: | Case No. 25-20119-PH |
| Patricia Rosalie Page | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1088-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 10, 2025 | Form ID: f751 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Rosalie Page, 6389 W Lake Ave, South Jordan, UT 84009-1350 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2025           Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew T. Curtis | on behalf of Debtor Patricia Rosalie Page lincolnlaw.orem.atc@gmail.com ecf.ut.t6@sitekitmail.com;ecf.ut.t7@sitekitmail.com;ecf.ut.t8@sitekitmail.com;andrewcurtis.ut.bdcf@freelooks.counselkit.com;andrewcurtis.ut.8130@freelooks.counselkit.com;ck.freelooks+ut+atc@gmail.com |
| Lon Jenkins tr | ecfmail@ch13ut.org  lneebling@ch13ut.org |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 3