Aaron Waite, Bar #8992
Edward Vasquez, Bar #8640
Laron Lind, Bar #8334
Sean D. Reyes, Bar # 7969
Utah Attorney General
Attorneys for the Utah State Tax Commission
210 N 1950 W
SALT LAKE CITY, UT 84134-9000
Telephone: 801-297-6219  801-366-0375

In the United States Bankruptcy Court

For the District of UTAH

| In Re: | Bankruptcy Case Number: 25-20119 |
|---|---|
| PAGE, PATRICIA R<br>XXX-XX-7379 | Chapter: 13 |
| Debtor | OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN |

COMES NOW, the Utah State Tax Commission and objects to confirmation of Debtor's Chapter 13 plan pursuant to 11 U.S.C. Section 1324(a) and FRBP 3015. This objection is made on the grounds that the plan does not comply with 11 U.S.C. Section 1325, including 11 U.S.C. Section 1325(a)(9), as follows.

The Debtor(s) has/have failed to file the appropriate pre-petition tax returns with the Utah State Tax Commission as required by 11 U.S.C. Section 1308 for the following years: 2024

DATED this 11th day of February, 2025

/s/ Aaron Waite
Assistant Attorney General