Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
465 South 400 East, Suite 200
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

**IN RE:**

Patricia Rosalie Page

**Debtor**

**CASE: 25-20119**

**Hon. PEGGY HUNT**

Confirmation Hearing: March 25, 2025  10:30 am

### TRUSTEE'S OBJECTION TO EXEMPTION

Pursuant to Fed. R. Bankr. P. 4003(b), Lon A. Jenkins, Standing Chapter 13 Trustee, hereby objects to the exemption(s) claimed in Schedule C on the following grounds:

1. The Debtors filed their Chapter 13 petition for relief on January 09, 2025, and the First Meeting of Creditors under § 341 was held on February 14, 2025.

2. The Debtor's Schedule A/B lists an interest in a savings account with UFirst Credit Union valued at $50,829.54.

3. On Schedule C, Debtor claims an exemption of $50,800 under Utah Code Ann. § 78B-5-503(5)(b).

4. The Trustee objects to this exemption because the Debtor has not provided tracing documents to support the claimed exemption that all funds are derived from sale proceeds and

that proceeds were received less than 1-year ago.

WHEREFORE, the Trustee objects to the Debtors' exemption claimed as stated above. The Trustee hereby objects to confirmation of the Debtors' plan unless the Debtors amend Schedule C to resolve this objection or file a response to this objection.

Dated: February 18, 2025

/s/ MaryAnn Bride
Attorney for Chapter 13 Trustee

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Trustee's Objection to Exemption(s) was served on the following parties on February 18, 2025:

ANDREW T. CURTIS, ECF Notification

Patricia Rosalie Page, 6389 W Lake Ave
South Jordan, UT  84009

/s/ Michelle Moses