Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
465 South 400 East, Suite 200
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **IN RE:** | **CASE: 25-20119** |
| Patricia Rosalie Page | **CHAPTER 13** |
| **Debtor** | **Hon. PEGGY HUNT** |

## TRUSTEE'S CONTINUING OBJECTION TO CONFIRMATION

The Standing Chapter 13 Trustee, hereby objects to confirmation based on the following unresolved issues:

**Restatement of Issues from Prior Objection(s):**

1. The Trustee requests that the Debtor provide a statement and evidence regarding the disposition of the $81,580.77 from the sale of the home listed on the Debtor's Statements of Financial Affairs, Interrogatory No. 18. The Trustee reserves the right to raise any objections under the best-interest-of-creditors test of § 1325(a)(4) once these documents are received.

2. The Trustee requests a breakdown of what living expenses were paid with the $5,650.00 withdrawn from the Debtor's America First Credit Union financial account in November 2024. The Trustee reserves the right to raise any objections under the best-interest-of-creditors test of § 1325(a)(4) once these documents are received.

3. The Trustee requests an explanation regarding the $2,500.00 withdrawal from the America First Credit Union financial account on 12/9/2024. The Trustee reserves the right to raise any objections under the best-interest-of-creditors test of § 1325(a)(4) once these documents are received.

**Confirmation Issues Arising Since Last Filed Objection**

1. The following creditor objection(s) remain unresolved: Utah State Tax Commission.

2. The Trustee's objection to an exemption claimed on Schedule C remains unresolved.

THEREFORE, the Trustee has an ongoing objection to the confirmation.

Dated: March 15, 2025                    MaryAnn Bride
                                         Attorney for Chapter 13 Trustee

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Continuing Objection to Confirmation was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the following parties on March 15, 2025:

ANDREW T. CURTIS, ECF Notification

/s/ Pauline Thayne