Andrew T Curtis, Bar No. 13681
Lincoln Law Center, LLC
921 West Center Street
Orem, UT 84057
Phone: (801) 386-8550
Facsimile: (800) 584-6826
help@lincolnlaw.com
Attorney for
Patricia Rosalie Page

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In Re:<br><br>PATRICIA ROSALIE PAGE<br><br>Debtor. | Case No: 25-20119<br><br>Chapter 13<br><br>Judge: Peggy Hunt<br><br>DECLARATION OF DEBTOR |

I, Patricia Rosalie Page, declare:

    1. I am the Debtor in the above-captioned case.

    2. The facts contained herein are true and correct and if called upon as a witness I can testify competently as to them.

    3. On May 29, 2024, I received the proceeds of the sale of my house for $82,912.56.00 and it was deposited to my America First Credit Union account.

    4. I spent the proceeds of the sale of my house for $82,912.56.00 as follows:

        $50,800.00 on 05/30/2024 transferred to my UCCU Savings account

        $4,772.36 in groceries and housekeeping supplies

        $289.36 in restaurants

        $611.45 in gas

        $802.61 in tires and car repairs

        $143.96 in car wash

        $85.95 for Comcast

        $605.70 in medical bills and medicine

$140.02 for entertainment

$190.65 in pet costs

$100.00 in attorney fees

$485.02 in clothing

$1,931.00 in credit card payments

$8,527.06 on 06/14/2024 to pay the IRS (Taxes)

$6,000.00 on 11/08/2024 to pay employees' payroll (closed business) and food

$5,000.00 on 11/16/2024 for a trip to Colorado and related expenses

$2,500.00 on 12/09/2024 withdrawal to cover plumbing, vehicle repairs, Coles' credit card payment and additional bills

Dated: 03/18/2025                                                              /s/ Patricia Rosalie Page
                                                                                                                                               Patricia Rosalie Page