Andrew T Curtis, Bar No. 13681
Lincoln Law Center, LLC
921 West Center Street
Orem, UT 84057
Phone: (801) 386-8550
Facsimile: (800) 584-6826
help@lincolnlaw.com
Attorney for
Patricia Rosalie Page

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In Re:<br><br>PATRICIA ROSALIE PAGE<br><br>Debtor. | Case No: 25-20119<br><br>Chapter 13<br><br>Judge: Peggy Hunt<br><br>**DECLARATION OF CLAIMS REVIEW** |

Andrew T Curtis, Counsel for the above-named Debtor, declares under penalty of perjury that all claims have been reviewed and any necessary objections have been filed and noticed for hearing.

Dated: <u>March 21, 2025</u>

<u>/s/ Andrew T Curtis</u>
Attorney & Counselor at Law