**Form 228**[Notice of Filing Proof of Claim]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

In re:  
    Patricia Rosalie Page  
        Debtor(s).

Case No. 25–20119 PH  
Chapter 13

## NOTICE OF FILING PROOF OF CLAIM

Pursuant to Fed. R. Bankr. P. 3004, the Trustee/Debtor(s) has filed a claim on your behalf as follows:

    Creditor Name: Plaza At Jordan Landing, LLC  
    Claim Number: 5  
    Claim Date: 4/18/25  
    Claim Amount: $133,546.82

Dated: April 18, 2025

    David A. Sime  
    Clerk of Court